

CEM: USAO 2025R00592

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PHILIP ANDREW TURNER,<br><br>Defendant. | CRIMINAL NO. RDB 25cr363<br><br>(Sexual Exploitation of a Child, 18 U.S.C. §§ 2251(a), (e); Coercion and Enticement of a Minor, 18 U.S.C. § 2422(b); Receipt and Distribution of Child Pornography, 18 U.S.C. §§ 2252(a)(2), (b)(1); Possession of Child Pornography, 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2); Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 18 U.S.C. §§ 2253 and 2428, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

### General Allegations

At all times material to this Indictment:

1. **PHILIP ANDREW TURNER ("TURNER")** was born in 1979, and resided in Linthicum Heights, Maryland.

2. **TURNER** initiated communications with one or more individuals via Skype, a telecommunications application, who were located in the Philippines, hereinafter individually and collectively referred to as "USER 1." In these exchanges, USER 1 indicated that USER 1 had access to minors ranging in age from 10 to 14 years old and USER 1 offered to have said minors engage in sexually explicit conduct and sexual acts, alone or with others for a fee.

1

3. In the ensuing communications with USER 1, **TURNER** indicated a preference for having the minors engage in sexually explicit conduct and sexual acts for a fee, and on multiple occasions, **TURNER** bargained with USER 1 over prices for said activity.

4. Beginning no later than October 1, 2017, and continuing through at least in or about May 2025, **TURNER** used the internet to persuade, induce, entice, and coerce USER 1 and minor females to engage in sexually explicit conduct. During these internet-based communications, **TURNER** caused and attempted to cause USER 1 and one or more minors to produce visual depictions of minors engaged in sexually explicit conduct.

5. **TURNER** specified the activity and directed the production of the visual depictions of minors engaged in sexually explicit conduct and paid for the visual depictions of same produced and transmitted from the Philippines at his direction via World Remit, a financial technology company that operates an online payment system.

## The Charge

6. On or about November 20, 2017, in the District of Maryland and elsewhere, the defendant

**PHILIP ANDREW TURNER,**

did knowingly attempted to and did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and for the purpose of transmitting a live visual depictions of such conduct, knowing and having reason to know that such a visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate foreign commerce, said visual depictions were produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such visual depictions was transported and

transmitted using any means and facility of interstate and foreign commerce, that is, the defendant persuaded and attempted to persuade USER 1 and one or more minors to produce livestream Skype video which depicted minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2251(a), (e), & 2256
18 U.S.C. § 2

## COUNT TWO
### (Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 5 of the General Allegations of Count One of this Indictment are specifically referenced and incorporated herein.

2. On or about November 30, 2017, in the District of Maryland and elsewhere, the defendant,

**PHILIP ANDREW TURNER,**

did knowingly attempted to and did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and for the purpose of transmitting a live visual depictions of such conduct, knowing and having reason to know that such a visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate foreign commerce, said visual depictions were produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such visual depictions was transported and transmitted using any means and facility of interstate and foreign commerce, that is, the defendant persuaded and attempted to persuade USER 1 and one or more minors to produce livestream Skype video which depicted minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2251(a), (e), & 2256
18 U.S.C. § 2

## COUNT THREE
### (Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 5 of the General Allegations of Count One of this Indictment are specifically referenced and incorporated herein.

2. On or about January 14, 2018, in the District of Maryland and elsewhere, the defendant,

**PHILIP ANDREW TURNER,**

did knowingly attempted to and did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and for the purpose of transmitting a live visual depictions of such conduct, knowing and having reason to know that such a visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate foreign commerce, said visual depictions were produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such visual depictions was transported and transmitted using any means and facility of interstate and foreign commerce, that is, the defendant persuaded and attempted to persuade USER 1 and one or more minors to produce livestream Skype video which depicted minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2251(a), (e), & 2256
18 U.S.C. § 2

**COUNT FOUR**
**(Sexual Exploitation of a Child)**

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 5 of the General Allegations of Count One of this Indictment are specifically referenced and incorporated herein.

2. On or about January 19, 2018, in the District of Maryland and elsewhere, the defendant,

**PHILIP ANDREW TURNER,**

did knowingly attempted to and did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and for the purpose of transmitting a live visual depictions of such conduct, knowing and having reason to know that such a visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate foreign commerce, said visual depictions were produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such visual depictions was transported and transmitted using any means and facility of interstate and foreign commerce, that is, the defendant persuaded and attempted to persuade USER 1 and one or more minors to produce livestream Skype video which depicted minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2251(a), (e), & 2256
18 U.S.C. § 2

## COUNT FIVE
### (Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 5 of the General Allegations of Count One of this Indictment are specifically referenced and incorporated herein.

2. On or about March 16, 2018, in the District of Maryland and elsewhere, the defendant,

**PHILIP ANDREW TURNER,**

did knowingly attempted to and did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and for the purpose of transmitting a live visual depictions of such conduct, knowing and having reason to know that such a visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate foreign commerce, said visual depictions were produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such visual depictions was transported and transmitted using any means and facility of interstate and foreign commerce, that is, the defendant persuaded and attempted to persuade USER 1 and one or more minors to produce livestream Skype video which depicted minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2251(a), (e), & 2256
18 U.S.C. § 2

## COUNT SIX
### (Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 5 of the General Allegations of Count One of this Indictment are specifically referenced and incorporated herein.

2. On or about November 20, 2017, in the District of Maryland and elsewhere, the defendant,

**PHILIP ANDREW TURNER,**

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce a minor, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, that is **TURNER** used his Skype internet-based account to persuade, induce, entice, and coerce minor victims to engage in sexually explicit conduct on camera, in violation of 18 U.S.C. §§ 2251(a), 2252A(a)(2), and Md. Code, Crim. Law, § 11-207(a)(1).

18 U.S.C. §§ 2422(b), 2427
18 U.S.C. § 2

## COUNT SEVEN
### (Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 5 of the General Allegations of Count One of this Indictment are specifically referenced and incorporated herein.

2. On or about November 30, 2017, in the District of Maryland and elsewhere, the defendant,

**PHILIP ANDREW TURNER,**

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce a minor, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, that is **TURNER** used his Skype internet-based account to persuade, induce, entice, and coerce minor victims to engage in sexually explicit conduct on camera, in violation of 18 U.S.C. §§ 2251(a), 2252A(a)(2), and Md. Code, Crim. Law, § 11-207(a)(1).

18 U.S.C. §§ 2422(b), 2427
18 U.S.C. § 2

## COUNT EIGHT
### (Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 5 of the General Allegations of Count One of this Indictment are specifically referenced and incorporated herein.

2. On or about January 14, 2018, in the District of Maryland and elsewhere, the defendant,

**PHILIP ANDREW TURNER,**

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce a minor, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, that is **TURNER** used his Skype internet-based account to persuade, induce, entice, and coerce minor victims to engage in sexually explicit conduct on camera, in violation of 18 U.S.C. §§ 2251(a), 2252(a)(2), and Md. Code, Crim. Law, § 11-207(a)(1).

18 U.S.C. §§ 2422(b), 2427
18 U.S.C. § 2

## COUNT NINE
### (Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 5 of the General Allegations of Count One of this Indictment are specifically referenced and incorporated herein.

2. On or about January 19, 2018, in the District of Maryland and elsewhere, the defendant,

**PHILIP ANDREW TURNER,**

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce a minor, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, that is **TURNER** used his Skype internet-based account to persuade, induce, entice, and coerce minor victims to engage in sexually explicit conduct on camera, in violation of 18 U.S.C. §§ 2251(a), 2252(a)(2), and Md. Code, Crim. Law, § 11-207(a)(1).

18 U.S.C. §§ 2422(b), 2427
18 U.S.C. § 2

## COUNT TEN
### (Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 5 of the General Allegations of Count One of this Indictment are specifically referenced and incorporated herein.

2. On or about March 16, 2018, in the District of Maryland and elsewhere, the defendant,

**PHILIP ANDREW TURNER,**

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce a minor, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, that is **TURNER** used his Skype internet-based account to persuade, induce, entice, and coerce minor victims to engage in sexually explicit conduct on camera, in violation of 18 U.S.C. §§ 2251(a), 2252(a)(2), and Md. Code, Crim. Law, § 11-207(a)(1).

18 U.S.C. §§ 2422(b), 2427
18 U.S.C. § 2

## COUNT ELEVEN
### (Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about October 9, 2017, in the District of Maryland, the defendant,

## PHILIP ANDREW TURNER,

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18 United States Code Section 2256(2), and such depicting being of such conduct, that is **TURNER** received through his Microsoft Skype account an image file titled and partially titled "0-sa-d1-abfec…" that depicts the exposed genitals and pubic area of a minor female.

18 U.S.C. §§ 2252(a)(2) and 2256

-

## COUNT TWELVE
### (Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about November 1, 2017, in the District of Maryland, the defendant,

**PHILIP ANDREW TURNER,**

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18 United States Code Section 2256(2), and such depicting being of such conduct, that is **TURNER** received through his Microsoft Skype account image files titled and partially titled "0-sa-d4-53a9…" and "0-sa-d4-e404…" that depict the exposed genitals and anus of minor females.

18 U.S.C. §§ 2252(a)(2) and 2256

## COUNT THIRTEEN
### (Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 28, 2017, in the District of Maryland, the defendant,

**PHILIP ANDREW TURNER,**

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18 United States Code Section 2256(2), and such depicting being of such conduct, that is **TURNER** received through his Microsoft Skype account an image file titled and partially titled "0-sa-d3-14ccb…" that depicts the exposed genitals of minor females.

18 U.S.C. §§ 2252(a)(2) and 2256

## COUNT FOURTEEN
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

From on or about October 9, 2017 through on or about June 2, 2025, in the District of Maryland, the defendant,

**PHILIP ANDREW TURNER,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means and facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, a Skype account, "philbertun79," containing one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## COUNT FIFTEEN
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about November 8, 2025, in the District of Maryland, the defendant,

**PHILIP ANDREW TURNER,**

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed a Silver HP Laptop, Model Serial Number 5CD136D517, manufactured outside Maryland, containing one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B), (b)(2), & 2256

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 2253 and 2428, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under any of the offenses alleged in Counts One through Fifteen of this Indictment.

### Child Pornography Forfeiture

2. Upon conviction of any of the offenses set forth in Counts One through Five, and Eleven through Fifteen of this Indictment, the defendant,

**PHILIP ANDREW TURNER**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a. any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Coercion and Enticement Forfeiture

3. Upon conviction of the offense set forth in Counts Five to Ten of this Indictment, the defendant,

**PHILIP ANDREW TURNER,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2428(a):

    a. any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offenses; and

    b. any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such offenses.

### Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to: a Silver HP Laptop, Model Serial Number 5CD136D517

### Substitute Assets

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. §§ 2253 and 2428
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_Kelly O. Hayes_ /KEM
Kelly O. Hayes
United States Attorney

A TRUE BILL,

_____
Foreperson

Date: November 20th, 2025