**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of** | **U.S.Courthouse - Chambers 5D** |
| **Richard D. Bennett** | **101 W. Lombard Street** |
| **United States District Judge** | **Baltimore, MD 21201** |
| **Northern Division** | **Tel:  410-962-3190** |
| | **Fax: 410-962-3177** |

April 1, 2026

<u>**LETTER ORDER**</u>

TO: COUNSEL OF RECORD

    RE:  *USA v. Philip Turner*
        <u>Criminal No. RDB-25-0363</u>

Dear Counsel:

This will confirm that the Scheduling Order is REVISED as follows:

| | |
|---|---|
| **Motions Deadline:** | **June 22, 2026** |
| **Motions Hearing** | **if needed** |
| **Pretrial Conference** | **July 27, 2026 at 4:00 p.m.** |
| **Jury Trial** | **August 3, 2026 at 9:30 a.m.** |

Although informal in format, this letter nonetheless constitutes an Order of Court

and the Clerk is directed to docket it as such.

        Sincerely,

         /s/

        Richard D. Bennett
        United States District Judge